# EXHIBIT "3"

| U.S. PATENT NO. 11,407,661 ISSUED: AUGUST 9, 2022 | LIUYANG GUANYANG TRADING CO., LTD. PRFCTTY |
|---|---|

| | |
|---|---|
| **An electrode cartridge (a) constructed to generate chlorine and to purify spa water and shaped to be installed into and removed from a housing by a user of a spa, the electrode cartridge comprising:**<br><br>a handle (b) grippable by the user to insert the electrode cartridge into the housing  and to pull the electrode cartridge out of the housing for replacement;<br><br>an electrode holder (c) located beneath the handle;<br><br>first and second electrodes (d1, d2) mounted in said electrode holder and positioned to extend downwardly from a bottom surface (e) of the electrode holder so as to extend into said housing when the electrode cartridge is in an installed position in the housing, the first and second electrodes being selected to generate chlorine to purify spa water, the first and second electrodes  being spaced horizontally apart so as to create a flow path for electrical current between them; and<br><br>first and second electrical contacts (f1,  f2)  so  positioned  on  the electrode cartridge as to respectively contact  first  and  second  electrical | Amazon.com: PRFCTTY – Salt System Cartridge Compatible with Hot Springs & Caldera Spas & Hot Tubs, Hot Springs Highlife, Limelight, Chloring Generating Salt System Filter, Spa Water Treatment Cartridge (1 Pack)<br><br>Model Number: SAT0001<br>ASIN: B0G7TD9TKP<br><br><br><br>**(a) electrode cartridge** |

| U.S. Patent No. 11,407,661<br>Issued: August 9, 2022 | Liuyang Guanyang Trading Co., Ltd.<br>PRFCTTY |
|---|---|
| contacts on the housing into which the electrode cartridge is shaped to be installed when the electrode cartridge is in an installed position in the housing. |  |

46<br>Ex. 3 - 03

| U.S. PATENT NO. 11,407,661 ISSUED: AUGUST 9, 2022 | LIUYANG GUANYANG TRADING CO., LTD. PRFCTTY |
|---|---|

An electrode cartridge (a) constructed to generate chlorine and to purify spa water and shaped to be installed into and removed from a housing by a user of a spa, the electrode cartridge comprising:

**a handle (b) grippable by the user to insert the electrode cartridge into the housing and to pull the electrode cartridge out of the housing for replacement;**

an electrode holder (c) located beneath the handle;

first and second electrodes (d1, d2) mounted in said electrode holder and positioned to extend downwardly from a bottom surface (e) of the electrode holder so as to extend into said housing when the electrode cartridge is in an installed position in the housing, the first and second electrodes being selected to generate chlorine to purify spa water, the first and second electrodes being spaced horizontally apart so as to create a flow path for electrical current between them; and

first and second electrical contacts (f1, f2) so positioned on the electrode cartridge as to respectively contact first and second electrical contacts on the housing into which



**(b) handle**

**handle is grippable by a user for installation and removal**

**Spa housing from which cartridge may be inserted or removed.**

**(b) handle**

47
Ex. 3 - 04

| U.S. PATENT NO. 11,407,661 ISSUED: AUGUST 9, 2022 | LIUYANG GUANYANG TRADING CO., LTD. PRFCTTY |
|---|---|
| the electrode cartridge is shaped to be installed when the electrode cartridge is in an installed position in the housing. | |

| U.S. PATENT NO. 11,407,661<br>ISSUED: AUGUST 9, 2022 | LIUYANG GUANYANG TRADING CO., LTD.<br>PRFCTTY |
|---|---|

An electrode cartridge (a) constructed to generate chlorine and to purify spa water and shaped to be installed into and removed from a housing by a user of a spa, the electrode cartridge comprising:

a handle (b) grippable by the user to insert the electrode cartridge into the housing  and to pull the electrode cartridge out of the housing for replacement;

**an electrode holder (c) located beneath the handle;**

first and second electrodes (d1, d2) mounted in said electrode holder and positioned to extend downwardly from a bottom surface (e) of the electrode holder so as to extend into said housing when the electrode cartridge is in an installed position in the housing, the first and second electrodes being selected to generate chlorine to purify spa water, the first and second electrodes  being spaced horizontally apart  so as to create a flow path for electrical current between them; and

first and second electrical contacts (f1, f2) so positioned on the electrode cartridge as to respectively contact first and second electrical contacts on the housing into which



MAXIMUM CHLORINE OUTPUT

**(b) handle**

**(c) electrode holder**

| U.S. PATENT NO. 11,407,661 ISSUED: AUGUST 9, 2022 | LIUYANG GUANYANG TRADING CO., LTD. PRFCTTY |
|---|---|
| the electrode cartridge is shaped to be installed when the electrode cartridge is in an installed position in the housing. | |

| U.S. PATENT NO. 11,407,661 ISSUED: AUGUST 9, 2022 | LIUYANG GUANYANG TRADING CO., LTD. PRFCTTY |
|---|---|

An electrode cartridge (a) constructed to generate chlorine and to purify spa water and shaped to be installed into and removed from a housing by a user of a spa, the electrode cartridge comprising:

a handle (b) grippable by the user to insert the electrode cartridge into the housing  and to pull the electrode cartridge out of the housing for replacement;

an electrode holder (c) located beneath the handle;

**first and second electrodes (d1, d2) mounted in said electrode holder and positioned to extend downwardly from a bottom surface (e) of the electrode holder so as to extend into said housing when the electrode cartridge is in an installed position in the housing, the first and second electrodes being selected to generate chlorine to purify spa water, the first and second electrodes  being spaced horizontally apart so as to create a flow path for electrical current between them; and**

first and second electrical contacts (f1,  f2)  so  positioned  on  the electrode cartridge as to respectively contact  first  and  second  electrical



(a) electrode cartridge

(c) electrode holder

(e) bottom surface of holder

(d1) first electrode

(d2) second electrode

electrodes (d1, d2) extend downward from electrode holder (c)

electrodes (d1, d2) are spaced apart horizontally

51
Ex. 3 - 08

| U.S. PATENT NO. 11,407,661<br>ISSUED: AUGUST 9, 2022 | LIUYANG GUANYANG TRADING CO., LTD.<br>PRFCTTY |
|---|---|
| contacts on the housing into which the electrode cartridge is shaped to be installed when the electrode cartridge is in an installed position in the housing. | <br><br>**electrodes (d1, d2) configured to extend into housing when installed** |

| U.S. PATENT NO. 11,407,661<br>ISSUED: AUGUST 9, 2022 | LIUYANG GUANYANG TRADING CO., LTD.<br>PRFCTTY |
|---|---|

An electrode cartridge (a) constructed to generate chlorine and to purify spa water and shaped to be installed into and removed from a housing by a user of a spa, the electrode cartridge comprising:

a handle (b) grippable by the user to insert the electrode cartridge into the housing  and to pull the electrode cartridge out of the housing for replacement;

an electrode holder (c) located beneath the handle;

first and second electrodes (d1, d2) mounted in said electrode holder and positioned to extend downwardly from a bottom surface (e) of the electrode holder so as to extend into said housing when the electrode cartridge is in an installed position in the housing, the first and second electrodes being selected to generate chlorine to purify spa water, the first and second electrodes  being spaced horizontally apart so as to create a flow path for electrical current between them; and

**first and second electrical contacts (f1, f2) so positioned on the electrode cartridge as to respectively contact first and second electrical contacts on the**



**(a) electrode cartridge**

**(f1) first electrical contact**

**(f2) second electrical contact**

**electrical contacts configure to engage with housing contacts**



4.Insert new cartridge, press button & push it into place

| U.S. PATENT NO. 11,407,661<br>ISSUED: AUGUST 9, 2022 | LIUYANG GUANYANG TRADING CO., LTD.<br>PRFCTTY |
|---|---|
| housing into which the electrode cartridge is shaped to be installed when the electrode cartridge is in an installed position in the housing. | |